**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Bankruptcy Case No. 25-32829-KAC |
| Julie Kay Evenson,<br>Debtor. | Chapter 7 |

## MOTION FOR APPROVAL OF SETTLEMENT

TO: The debtor(s) and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. Michael Dietz, the chapter 7 trustee for the debtor's estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than April 10, 2026. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on September 09, 2025. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee requests approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement: At the time the Debtor filed her bankruptcy petition she held a claim against Hoff Funeral Home, Inc. related to the mishandling of her deceased father's body (the "Claim). The Claim became part of the bankruptcy estate; however, the Debtor has asserted the right to amend and exempt the Claim. The Debtor has asserted that she could exempt the Claim under the Minnesota exemptions. The Trustee asserts that special damages and punitive damages would not be exempt. Following analysis of the potential damages for the Claim, the Trustee and the Debtor have agreed that a payment of up to the first $12,500.00 of Net Damages from the liquidation of the Claim shall be paid to the Trustee. Net Damages are the gross damages, less attorney's fees incurred by the Debtor to prosecute the claim. All Net Damages in excess of $12,500.00 shall be paid to the Debtor.

In exchange for the $12,500.00 payment, the Trustee abandons all other interest in the claim, leaving all decisions regarding litigation and settlement in the sole discretion of the Debtor. The bankruptcy estate will not be employing, nor have any obligation to, the law firm engaged by the Debtor to pursue the Claim.

6. The trustee believes the settlement is in the best interest of creditors as it avoids the cost, delay and uncertainty of litigating the extent of the Debtor's potential objection. Further, the trustee believes the settlement amount represents a fair approximation of the amounts the Debtor would likely be able to exempt.

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: March 19, 2026

*/e/ Michael S. Dietz*
Michael S. Dietz (#188517)
1529 Hwy 14 East
Rochester, MN 55904
Phone: (507) 577-1554
Email: mdietztee@outlook.com
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re: Bankruptcy Case No.

25-32829-KAC

Julie Kay Evenson, Chapter 7

Debtor.

# ORDER

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and Julie Evenson. Based upon the motion, files and records,

IT IS ORDERED:

1. The motion is granted.
2. The settlement is approved.

Dated:

____________________________________
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br>Julie Kay Evenson<br>Debtor(s) | Case No. 25-32829<br>Chapter 7 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/19/2026, I did cause a copy of the following document(s), described below:

Motion for Approval of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 3/19/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/19/2026

/s/ Michael Dietz
Michael Dietz
Michael Dietz Law Office
1529 HWY 14 E
SUITE 200 #241
ROCHESTER MN 55904
507-288-9111
mdietztee@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
Julie Kay Evenson
Debtor(s)

Case No. 25-32829
Chapter 7

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/19/2026, I did cause a copy of the following document(s), described below:

Motion for Approval of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/19/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/19/2026, I caused a copy of the Motion for Approval of Settlement to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| US Trustee | | | 1015 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| Advance America | | | 2321 Hwy. 25 North 302 | | Menomonie WI 54751 |
| Affirm, Inc. | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| Alliant Capital Management LLC | | | 1965 Sheridan Dr Ste 100 | | Buffalo NY 14223-1251 |
| Atlas - Rewards Credit Card | | | 300 Coventry Rd | | Kensington CA 94707-1214 |
| Avant | | | PO Box 1429 | | Carol Stream IL 60132-1429 |
| Barclays Bank Delaware | | | 100 West St | | Wilmington DE 19801-5015 |
| BIG PICTURE LOANS | | | PO BOX 704 | | WATERSMEET MI 49969-0704 |
| Blue Ridge Bank | | | 17 West Main Street | | Luray VA 22835-1230 |
| Bright Lending | | | Po Box 578 | | Hays MT 59527-0578 |
| CB/Vicscrt | | | Po Box 182789 | | Columbus OH 43218-2789 |
| COMENITYBANK/MAURICES | | | Bankruptcy Dept | Po Box 183043 | Columbus OH 43218-3043 |
| Capital Community Bank | | | c/o LoanMart | PO Box 8075 | Van Nuys CA 91409-8075 |
| Capital One | | | PO Box 31293 | | Salt Lake City UT 84131-0293 |
| Capital One N.A. | | | by AIS InfoSource LP as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Cash Advance USA | | | 401 Congress Ave Ste 1545 | | Austin TX 78701-4071 |
| CashNet USA | | | Attn: Legal Dept | 175 W Jackson Blvd Ste 1000 | Chicago IL 60604-2863 |
| Citibank N.A. | | | Citibank, N.A. | 5800 S Corporate Pl | Sioux Falls SD 57108-5027 |
| Comenity Bank/VCTRSSEC | | | P.O. Box 182789 | | Columbus OH 43218-2789 |
| CREDITNINJA | | | 27 N WACKER DRIVE | SUITE 404 | CHICAGO IL 60606-2800 |
| Credit One Bank | | | General Correspondence | Po Box 98872 | Las Vegas NV 89193-8872 |
| Crown Asset Management LLC | | | 3100 Breckinridge Blvd Ste 725 | | Duluth GA 30096-7605 |
| David Lutz Law Firm | | | 12 W 9th St | | Cincinnati OH 45202 |
| Discover Card | | | PO Box 30923 | | Salt Lake City UT 84130-0923 |
| Emplify Health | | | 3190 Gundersen Dr | | Onalaska WI 54650-8447 |
| Estes Cambell Law Firm | | | 220 Division St S Ste 3 | | Northfield MN 55057-2046 |
| EXODUS LENDING | | | 2380 WYCLIFF ST | SUITE B-100 | ST PAUL MN 55114-1283 |
| Explore Credit | | | Operations Dept | Po Box 260269 | Atlanta GA 31126-0269 |
| GOODYEAR/CBNA | | | 5800 South Corporate Place | | Sioux Falls SD 57108-5027 |
| Gilbert Law Firm | | | 2 Professional Village Cir | | Beaufort SC 29907-1569 |
| Gurstel Law Firm | | | 6681 Country Club Dr | | Minneapolis MN 55427-4601 |
| Health Direct Pharmacy Services | | | 1721 Miller St | | La Crosse WI 54601-5217 |
| Helix Financial | | | 11225 College Blvd Suite 150 | | Overland Park KS 66210-2771 |
| Huntington Debt Holdings | | | 1965 Sheridan Dr Suite 200 | | Buffalo NY 14223-1251 |

| | | | | | |
|---|---|---|---|---|---|
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| Jeffrey Faten | | | 243 Prairie View Dr | | Dennison MN 55018-7465 |
| Kia Motor Finance | | | Attention Bankruptcy Dept | PO Box 20809 | Fountain Valley CA 92728-0809 |
| Kohls | | | Milwaukee | Po Box 3043 | Milwaukee WI 53201-3043 |
| Kohls/Capital One | | | Attn: Payment Center | PO Box 1456 | Charlotte NC 28201-1456 |
| Lending Club | | | 595 Market Street, Suite 200 | | San Francisco CA 94105-5839 |
| TOTAL LOAN SERVICES LLC | | | ATTN JOHN LANGENDERFER | 205 SUGAR CAMP CIRCLE | DAYTON OH 45409-1970 |
| Lendumo | | | Po Box 542 | | Lac Du Flambu WI 54538-0542 |
| MERRICK BANK | | | Resurgent Capital Services | PO Box 10368 | Greenville SC 29603-0368 |
| MN DEED | | | 332 Minnesota St Ste E200 | | Saint Paul MN 55101-1349 |
| Macys/CBNA | | | PO Box 6789 | | Sioux Falls SD 57117-6789 |
| Makawa Finance | | | Po Box 343 | | Lac Du Flambu WI 54538-0343 |
| Merrick Bank | | | Loan Services | PO Box 27076 | Salt Lake City UT 84127-0076 |
| Minnesota Department of Revenue | | | 551 Bkcy Section | Po Box 64447 | Saint Paul MN 55164-0447 |
| MOHELA | | | CLAIMS DEPARTMENT | 633 SPIRIT DRIVE | CHESTERFIELD MO 63005-1243 |
| NORTHFIELD HOSPITAL AND CLINICS | | | 2000 NORTH AVE | 2000 NORTH AVE | NORTHFIELD MN 55057-1498 |
| Nationwide Capital Services LLC | | | 4300 E. Sunset Road Ste D1 | | Henderson NV 89014-2269 |
| Nationwide Credit, Inc | | | PO Box 14581 | | Des Moines IA 50306-3581 |
| Olmstead Medical Center | | | 210 9th St Se | | Rochester MN 55904-6400 |
| Olmsted Medical Center | | | PO Box 4300 | | Rochester MN 55903-4300 |
| OneMain Financial Group, LLC | | | PO Box 981037 | | Boston MA 02298-1037 |
| OneMain/WEBBANK | | | 100 International Dr Fl 15 | | Baltimore MD 21202-4784 |
| Pocket 360 | | | Po Box 36454 | | Cincinnati OH 45236-0454 |
| PROSPER MARKETPLACE INC | | | 221 MAIN STREET STE 300 | | SAN FRANCISCO CA 94105-1909 |
| Quantum3 Group LLC as agent for | | | Comenity Bank | PO Box 788 | Kirkland WA 98083-0788 |
| RISE Credit | | | Customer Support | Po Box 101808 | Fort Worth TX 76185-1808 |
| Resurgent Receivables, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| SYNCB/PPC | | | Po Box Box 965005 | | Orlando FL 32896-0001 |
| SYNCB/PPMC | | | Po Box Box 965005 | | Orlando FL 32896-0001 |
| Sharon Horton | | | 44900 E Goodrich St | | Rushford MN 55971-5214 |
| Speedy Cash | | | Attn: Bankruptcy | Po Box 782260 | Wichita KS 67278-2260 |
| Structured Settlement | | | 2764 N Green Valley Pkwy | | Henderson NV 89014-2120 |
| TBOM/Aspire | | | PO Box 105555 | | Atlanta GA 30348-5555 |
| Target Cash Now | | | Po Box 581 | | Hays MT 59527-0581 |
| Target/TD Bank, USA, N.A. | | | Attn: Target Card Services | PO Box 1331 | Minneapolis MN 55440-1331 |
| The Bank of Missouri dba Fortiva | | | PO Box 105555 | | Atlanta GA 30348-5555 |
| ARROW FINANCIAL SERVICES | | | PO BOX 1145 | | MISSION SD 57555-1145 |
| True Accord | | | 16011 College Blvd Ste 130 | | Lenexa KS 66219-9877 |
| United States Trustee | | | 300 S 4th St Ste 1015 | | Minneapolis MN 55415-3070 |
| UPGRADE INC | | | 2 N CENTRAL AVE | 10TH FLOOR | PHOENIX AZ 85004-4422 |
| Walker and Walker Law Offices, PLLC | | | 4356 Nicollet Ave S | | Minneapolis MN 55409-2033 |

| | | | | | |
|---|---|---|---|---|---|
| Webbank/One Main | | | PO Box 3316 | | Evansville IN 47732-3316 |
| Xact Loan | | | Po Box 36454 | | Cincinnati OH 45236-0454 |
| Andrew C. Walker | | | Walker & Walker Law Offices PLLC | 4356 Nicollet Ave S | Minneapolis MN 55409-2033 |
| Julie Kay Evenson | | | 44900 E Goodrich St | | Rushford MN 55971-5214 |