**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re: Bankruptcy Case No.

25-32829-KAC

Julie Kay Evenson, Chapter 7

Debtor.

# ORDER

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and Julie Evenson. Based upon the motion, files and records,

IT IS ORDERED:

The settlement is approved.

Dated: *April 14, 2026*

*s/ Katherine A. Constantine*
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge